IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Christopher J. Groce, | ) |
|                 Plaintiff, | ) |
| v. | ) Case No. 13-6067-CV-SJ-JTM |
| Carolyn W. Colvin, | ) |
|                 Defendant. | ) |

## ORDER

Pending before the Court is *Plaintiff's Motion For And Memorandum In Support of Award of EAJA Fees,* filed October 13, 2014 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Plaintiff's Motion For And Memorandum In Support of Award of EAJA Fees,* filed October 13, 2014 [Doc. 15] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $7,026.00 and costs in the amount of $400.00.

                                                    */s/ John T. Maughmer*
                                                      **John T. Maughmer**
                                          **United States Magistrate Judge**